IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL ACTION NO. 5:19-CR-00093-KDB-DCK-1

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | **ORDER** |
| MICHAEL TODD HOLLOWAY, | |
| Defendant. | |

**THIS MATTER** is before the Court on Defendant's *pro se* motion for a reduction of sentence. (Doc. No. 40).

Defendant was sentenced on June 25, 2020, to 33 months of imprisonment followed by one year of supervised release for the transfer, sell, and disposition of a firearm to a prohibited person. (Doc. No. 36). Defendant informs the Court that he is scheduled for transfer to a halfway house on July 20, 2022, and the Bureau of Prison website indicates that he is scheduled for release on November 19, 2022. Although Defendant's prison conduct is laudable, Defendant presents no grounds or law upon which the Court has authority to grant the motion.

**IT IS THEREFORE ORDERED** that Defendant's *pro se* motion for sentence reduction, (Doc. No. 40), is **DENIED.**

Signed: January 13, 2022

Kenneth D. Bell
United States District Judge